**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Melissa Teofilo Due,

Petitioner,

v.

Eric Rokosky,

Respondent.

No. CV-26-05948-PHX-SPL

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.) The Court ordered Respondent to show cause why the Petition should not be granted. (Doc. 4.) In the Response, Respondent states "[u]ndersigned counsel is unable to ascertain sufficient facts at this time to respond to Petition for Writ of Habeas Corpus and, accordingly, Respondent[] do[es] not oppose Petitioner's request for release." (Doc. 8.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

(2) Respondent must immediately release Petitioner from custody under the same conditions that existed before her detention.

///

///

///

(3) Respondent must provide a notice of compliance within **two days** of this Order.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 18th day of September, 2026.

Honorable Steven P. Logan
United States District Judge